# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN CRONIN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. |
|  | ) 13-11169-FDS |
| COMMISSIONER OF PROBATION, | ) |
| Respondent. | ) |

## ORDER ON CERTIFICATE OF APPEALABILITY

**SAYLOR, J.**

On May 2, 2014, this Court issued an order denying petitioner Stephen Cronin's petition for a writ of habeas corpus.

To appeal the final order in a proceeding instituted under 28 U.S.C. § 2254, the petitioner must first obtain a Certificate of Appealability ("COA") from a circuit justice or a district court. *See* 28 U.S.C. § 2253(c). A COA will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). That standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (*citing Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

The petition raised a single for review: whether the state prosecutor improperly used his post-arrest silence against him at trial in violation of his rights under the Fifth and Fourteenth Amendments. This Court concluded that the claim was without merit.

The standard in assessing whether to issue a COA is more liberal, and petitioner need not show that the appeal will succeed. *See Miller-El*, 537 U.S. at 337. Although the question is close, the Court concludes that jurists of reason could disagree with the resolution of petitioner's claim and the issues presented are adequate to deserve encouragement to proceed further. *See id.* at 327. Accordingly, a COA will issue.

In accordance with the foregoing, a certificate of appealability is GRANTED.

**So Ordered.**

    /s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: May 5, 2014    United States District Judge